### 30669. WOOD v. THE STATE.

GARDNER, J. This case is controlled by the decision of this court in the companion case of *Poulos* v. *State*, ante.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*